# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3488
_____

United States of America

*Plaintiff - Appellee*

v.

Charles Cane Merrival, also known as Charles Merrival

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of South Dakota
_____

Submitted: June 30, 2025
Filed: July 3, 2025
[Unpublished]
_____

Before SHEPHERD, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Charles Merrival appeals the sentence imposed by the district court[1] after he pled guilty to a drug offense pursuant to a written plea agreement containing an

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

appeal waiver.  His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

Upon careful review, we conclude that the appeal waiver is valid, applicable, and enforceable.  *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing validity and applicability of appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing appeal waiver if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and it would not result in miscarriage of justice).  We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver.  Accordingly, we dismiss the appeal based on the appeal waiver and grant counsel's motion to withdraw.

_____